# EXHIBIT B

# Tracy Morgan involved in car crash in his new $2 million Bugatti

By Tina Moore, Alex Taylor and Max Jaeger                                                                            June 4, 2019  |  2:53pm

Just an hour after comedian Tracy Morgan bought a new, $2 million Bugatti in Manhattan Tuesday, a New Jersey driver in a cheap Honda smacked into his luxury ride.

"Thanks for any concern but I am totally fine. My NEW CAR? We shall see. Love you all," Morgan tweeted after the accident.

He was driving the ritzy new ride at 42nd Street and 10th Avenue around 1:37 p.m. when a woman in a late-model Honda CRV tried to make a right turn from the left lane and smacked into the "30 Rock" luminary's fresh-off-the-lot ride, police and witnesses said.

"He said he got it literally an hour ago and he paid $2 million for it," witness Chris Ricciardelli, 31, told The Post. "He just bought it, dude, and it's pretty scraped up. It still had a dealer tag."

Morgan had just bought the pre-owned 2012 Bugatti Veyron 16.4 Grand Sport a few blocks away at Manhattan Motorcars 30 minutes to an hour before the crash, workers there said.

Photos show the Bugatti's front, driver's-side wheel well scratched and dented where the cheaper car crashed into it.


Robert Miller

"When I got the phone call, I said, 'That's Tracy's car?' I couldn't believe it. That was its maiden voyage," said Frank Pica, a sales consultant at Manhattan Motorcars.

"He bought it today. That style with the top down is usually over two million dollars. Those kinds of cars are very rare and to get any year is special."

# Tracy Morgan involved in car crash in his new $2 million Bugatti

By Tina Moore, Alex Taylor and Max Jaeger                                                        June 4, 2019  |  2:53pm

Just an hour after comedian Tracy Morgan bought a new, $2 million Bugatti in Manhattan Tuesday, a New Jersey driver in a cheap Honda smacked into his luxury ride.

"Thanks for any concern but I am totally fine. My NEW CAR? We shall see. Love you all," Morgan tweeted after the accident.

He was driving the ritzy new ride at 42nd Street and 10th Avenue around 1:37 p.m. when a woman in a late-model Honda CRV tried to make a right turn from the left lane and smacked into the "30 Rock" luminary's fresh-off-the-lot ride, police and witnesses said.

"He said he got it literally an hour ago and he paid $2 million for it," witness Chris Ricciardelli, 31, told The Post. "He just bought it, dude, and it's pretty scraped up. It still had a dealer tag."

Morgan had just bought the pre-owned 2012 Bugatti Veyron 16.4 Grand Sport a few blocks away at Manhattan Motorcars 30 minutes to an hour before the crash, workers there said.

Photos show the Bugatti's front, driver's-side wheel well scratched and dented where the cheaper car crashed into it.



Robert Miller

"When I got the phone call, I said, 'That's Tracy's car?' I couldn't believe it. That was its maiden voyage," said Frank Pica, a sales consultant at Manhattan Motorcars.

"He bought it today. That style with the top down is usually over two million dollars. Those kinds of cars are very rare and to get any year is special."

# Tracy Morgan involved in car crash in his new $2 million Bugatti

By Tina Moore, Alex Taylor and Max Jaeger                                                      June 4, 2019 | 2:53pm

Just an hour after comedian Tracy Morgan bought a new, $2 million Bugatti in Manhattan Tuesday, a New Jersey driver in a cheap Honda smacked into his luxury ride.

"Thanks for any concern but I am totally fine. My NEW CAR? We shall see. Love you all," Morgan tweeted after the accident.

He was driving the ritzy new ride at 42nd Street and 10th Avenue around 1:37 p.m. when a woman in a late-model Honda CRV tried to make a right turn from the left lane and smacked into the "30 Rock" luminary's fresh-off-the-lot ride, police and witnesses said.

"He said he got it literally an hour ago and he paid $2 million for it," witness Chris Ricciardelli, 31, told The Post. "He just bought it, dude, and it's pretty scraped up. It still had a dealer tag."

Morgan had just bought the pre-owned 2012 Bugatti Veyron 16.4 Grand Sport a few blocks away at Manhattan Motorcars 30 minutes to an hour before the crash, workers there said.

Photos show the Bugatti's front, driver's-side wheel well scratched and dented where the cheaper car crashed into it.



Robert Miller

"When I got the phone call, I said, 'That's Tracy's car?' I couldn't believe it. That was its maiden voyage," said Frank Pica, a sales consultant at Manhattan Motorcars.

"He bought it today. That style with the top down is usually over two million dollars. Those kinds of cars are very rare and to get any year is special."

The company's website listed a similar car for $1.89 million.

Several witnesses blamed the other driver, who had New Jersey plates, but the woman was not charged, according to police.

"She ran into him. She was on her phone," said a 23-year-old witness who gave the name Antoinette.

The driver didn't seem to realize just who she'd hit, according to passersby — but just about everyone else on the street recognized the actor.


Robert Miller

After the crash, Morgan — who was critically injured in 2014 when his chauffeured limo was hit by a sleep-deprived trucker — became "anxious because a crowd was forming," a 911 caller told cops, according to a police source.

"The first thing he said was his left hip was hurting him," Ricciardelli said.

The funnyman briefly climbed into the back of an ambulance, but was not treated and wound up leaving in another person's car.

"Tracy is doing fine and in no pain," publicist Lewis Kay told The Post. "Yes he had just purchased the car and was driving when the other vehicle hit the car."



Tracy Morgan at the scene of his car crash.
Robert Miller

FILED UNDER   **CAR CRASHES**, **CELEBRITY CAR CRASHES**, **TRACY MORGAN**