# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Civil Action No. 1:20-cv-791-KMT

| | |
|---|---|
| ROBERT MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>BAHAKEL COMMUNICATIONS, LTD.,<br><br>    Defendant. | **NOTICE OF APPEARANCE OF PATRICK CROSS** |

PLEASE TAKE NOTICE that B. J. Patrick Cross, of the law firm Brooks, Pierce, McLendon, Humphrey & Leonard, LLP, hereby appears as counsel of record for Defendant Bahakel Communications, Ltd. The undersigned certifies that he is a member in good standing of the bar of this court. This Notice of Appearance is not intended to and does not waive any of Defendant's defenses under Federal Rule of Civil Procedure 12.

This the 13th day of April, 2020.

>   */s/* Patrick Cross
>
>   Patrick Cross
>   N.C. State Bar No. 50646
>   pcross@brookspierce.com
>   BROOKS, PIERCE, McLENDON,
>    HUMPHREY & LEONARD, L.L.P.
>   Wells Fargo Capitol Center
>   150 Fayetteville Street, Suite 1700
>   Raleigh, North Carolina 27602
>   Telephone:  (919) 839-0300
>   Fax:  (919) 839-0304
>
>   *Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF APPEARANCE OF PATRICK CROSS** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Richard P. Liebowitz
>Liebowitz Law Firm, PLLC
>11 Sunrise Plaza, Suite 305
>Valley Stream, NY 11580
>(516) 233-1660
>RL@LiebowitzLawFirm.com
>*Counsel for Plaintiff*

This the 13th day of April, 2020.

>*/s/* Patrick Cross
>
>Patrick Cross
>N.C. State Bar No. 50646
>pcross@brookspierce.com
>BROOKS, PIERCE, McLENDON,
> HUMPHREY & LEONARD, L.L.P.
>Wells Fargo Capitol Center
>150 Fayetteville Street, Suite 1700
>Raleigh, North Carolina 27602
>Telephone: (919) 839-0300
>Fax: (919) 839-0304
>
>*Counsel for Defendant*