**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Civil Action No. 1:20-cv-791-KMT**

| | |
|---|---|
| ROBERT MILLER,<br><br>   Plaintiff,<br><br>v.<br><br>BAHAKEL COMMUNICATIONS, LTD.,<br><br>   Defendant. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

  Defendant Bahakel Communications, Ltd. ("Bahakel"), through counsel and pursuant to Local Civil Rules 6.1, 7.1(a), and 7.1(c), moves the Court for an order extending the time within which Bahakel must answer or otherwise respond to Plaintiff's Complaint. In support of this Motion, Bahakel states as follows:

  1. Plaintiff filed the Complaint on March 23, 2020, and served Plaintiff's agent on March 25, 2020. The Answer is currently due on April 15, 2020. *See* Fed. R. Civ. P. 12(a)(1)(A).

  2. Due to extenuating circumstances caused by the COVID-19 pandemic and other commitments of counsel, resources have been stretched thin and normal communication impeded; accordingly, Defendant and its counsel in good faith require additional time to prepare Bahakel's response to the Complaint.

3. Pursuant to Local Civil Rule 7.1(a), counsel for Bahakel has discussed the requested extension with counsel for Plaintiff and counsel for Plaintiff has consented to the requested extension.

4. This is the first extension requested by either party.

5. This Motion is not intended to and does not waive any of Defendant's defenses under Federal Rule of Civil Procedure 12.

WHEREFORE, Bahakel respectfully requests that the Court enter an order (1) extending the time within which Bahakel must answer or otherwise respond to Plaintiff's Complaint by thirty (30) days, through and including May 15, 2020, and (2) reserving Bahakel's right to assert any and all defenses in this matter, including those available to Bahakel under Federal Rule of Civil Procedure 12.

This the 13th day of April, 2020.

/s/ Patrick Cross

Eric M. David (N.C. Bar # 38118)
edavid@brookspierce.com
Patrick Cross (N.C. Bar # 50646)
pcross@brookspierce.com
BROOKS, PIERCE, McLENDON,
 HUMPHREY & LEONARD, L.L.P.
Wells Fargo Capitol Center
150 Fayetteville Street, Suite 1700
Raleigh, North Carolina 27602
Telephone: (919) 839-0300
Fax: (919) 839-0304

*Counsel for Defendant*

- 2 -

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** (the "Motion") was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Richard P. Liebowitz
>Liebowitz Law Firm, PLLC
>11 Sunrise Plaza, Suite 305
>Valley Stream, NY 11580
>(516) 233-1660
>RL@LiebowitzLawFirm.com
>*Counsel for Plaintiff*

Pursuant to Local Civil Rule 6.1(c), the undersigned further certifies that a copy of the Motion has been contemporaneously served on his client.

This the 13th day of April, 2020.

>*/s/* Patrick Cross
>
>Patrick Cross
>N.C. State Bar No. 50646
>pcross@brookspierce.com
>BROOKS, PIERCE, McLENDON,
> HUMPHREY & LEONARD, L.L.P.
>Wells Fargo Capitol Center
>150 Fayetteville Street, Suite 1700
>Raleigh, North Carolina 27602
>Telephone: (919) 839-0300
>Fax: (919) 839-0304
>
>*Counsel for Defendant*