# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Civil Action No. 1:20-cv-791-KMT

| | |
|---|---|
| ROBERT MILLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BAHAKEL COMMUNICATIONS, LTD.,<br><br>　　　　Defendant. | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Presently before the Court is Defendant Bahakel Communications, Ltd.'s ("Bahakel") Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion"). Due to exigencies created by the COVID-19 pandemic, Bahakel requests—and Plaintiff consents to—an extension of thirty days within which Bahakel must answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).

Good cause appearing, IT IS ORDERED that the Motion is GRANTED. Bahakel shall have up to and including May 15, 2020, to answer or otherwise respond to Plaintiff's Complaint. Bahakel expressly reserves its right to assert any and all defenses in this matter, including those available to Bahakel under Federal Rule of Civil Procedure 12.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　April 13, 2020
　　　　　　　　　　　　　　　　The Honorable Kathleen M. Tafoya
　　　　　　　　　　　　　　　　United States Magistrate Judge