# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Civil Action No. 1:20-cv-791-WJM

| | |
|---|---|
| ROBERT MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>BAHAKEL COMMUNICATIONS, LTD.,<br><br>    Defendant. | DECLARATION OF JAYNE BORMAN IN SUPPORT OF DEFENDANT BAHAKEL COMMUNICATIONS, LTD.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE |

I, Jayne Borman, declare the following:

1. I am over 21 years of age and competent to make this Declaration. These statements are based on my personal knowledge. If called as a witness, I could testify competently to these facts.

2. I am the Senior Vice President of Finance for Bahakel Communications, Ltd. ("Bahakel") and have held that position since January 2019.

3. Bahakel is organized under the laws of North Carolina.

4. Bahakel's corporate headquarters and principal place of business are in Charlotte, North Carolina.

5. Bahakel has an ownership interest in 6 television stations and 11 radio stations throughout the United States.

6. Bahakel serves as the parent company for approximately 17 subsidiary companies, which together own the 17 combined television and radio stations listed above.

7. WCCB-TV is a television station headquartered and licensed to North Carolina Broadcasting Partners by the Federal Communications Commission ("FCC") to broadcast exclusively in Charlotte, North Carolina.

8. On June 4, 2019, WCCB-TV broadcast a program called *Edge on the Clock*, which is part of WCCB-TV's exclusive, originally prepared "*News Edge*" television programming.

9. Several stories from the June 4, 2019 broadcast of *Edge on the Clock* were also placed on WCCB-TV's website.

10. The producer for *Edge on the Clock* (the "Producer") compiled the visual material for the program's stories, including those aired on June 4, 2020.

11. The Producer is no longer employed by WCCB-TV, but his last known address is in Charlotte, North Carolina.

12. All other *Edge on the Clock* personnel, and all WCCB-TV personnel more generally, are located in or in close proximity to Charlotte, North Carolina.

13. Bahakel serves as the corporate parent of Colorado Springs Radio Broadcasters, Inc. ("CSRB").

14. CSRB is organized under the laws of Colorado.

15. CSRB's corporate headquarters and principal place of business are in Colorado Springs, Colorado.

16. CSRB owns two radio stations, KILO-FM and KRXP-FM, which are licensed by the FCC to broadcast exclusively in Colorado Springs, Colorado, and Pueblo

West, Colorado, respectively.

17. CSRB employs personnel exclusive to the operation of KILO-FM and KRXP-FM, including a general manager, station talent, and an advertising sales team.

18. KILO-FM and KRXP-FM manage their own advertising sales, advertising traffic, and programming.

19. There is no programming or advertising-sales connectivity between WCCB-TV and KILO-FM and KRXP-FM.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 15th day of May, 2020.

[SIGNATURE PAGE FOLLOWS]

[signature]

Jayne Borman
Senior Vice President of Finance
Bahakel Communications, Ltd.

- 4 -