IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 20–cv–00791–WJM–KMT

ROBERT MILLER,

    Plaintiff,

v.

BAHAKEL COMMUNICATIONS, LTD.,

    Defendant.

## ORDER

In accordance with the guidance from the CDC and the CDPHE, this court is attempting to minimize the need for litigants, attorneys and court personnel to gather in or near the Colorado Springs court facility. (See General Orders 2020-3, 2020-6 and 2020-8.) The court itself remains operational and is fully staffed by employees working remotely. Telephone conferences can, however, require the physical presence of several court employees in order to record the proceedings. Therefore, the court is opting to proceed with scheduling the case deadlines without a Fed. R. Civ. P. 16 conference.

The parties have filed a Proposed Scheduling Order [Doc. No. 19] which this court has carefully reviewed. The scheduling provisions proposed by the parties are unacceptable to the court in some respects. Therefore, the Scheduling Order approved by the court will contain the following **modifications**:

Section 8(d).  Deadline for service of Interrogatories, Requests for Production of Documents and/or Admissions shall be 30 days prior to discovery cut off.

Section 9(b).  Discovery Cut-off:

**December 3, 2020.**

Dispositive Motion Deadline:

**January 11, 2021.**

Section 9(d)(3).  The parties shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 2, 2020**.

Section 9(d)(4).  The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 3, 2020**.

Any provisions that were proposed by one party and not specifically agreed to by the other parties, nor specifically addressed and decided by the court are deemed disputed and not adopted by the court at this time.  In all other respects, the proposed Scheduling Order is adopted.

The court specifically advises the parties that KMT Practice Standards, Section III, is fully applicable during the discovery period.  Please familiarize yourself with those provisions. Any discovery motion which is filed without first engaging in the required Discovery Dispute Resolution Procedure outlined therein will be stricken.

**ORDERED: A Telephonic Final Pretrial Conference is set for March 15, 2021 at 10:00 a.m. before Magistrate Judge Kathleen M. Tafoya. The parties shall initiate a conference call and contact chambers at 719-575-0328 at the scheduled time. The parties are further directed to use a LAND LINE; NO CELLULAR, CORDLESS OR SPEAKER PHONES ARE PERMITTED. A proposed Final Pretrial Order shall be prepared by the parties and filed with the court no later than March 8, 2021.**

Trial Preparation Conference and trial dates will be set by District Judge William J. Martínez.

Dated June 3, 2020.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge