# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00791-WJM-KMT

ROBERT MILLER,

     Plaintiff,

v.

BAHAKEL COMMUNICATIONS, LTD.,

     Defendant.

---

## ENTRY OF APPEARANCE

---

     COMES NOW, Michael T. McConnell of the Law Firm McConnell Van Pelt, LLC,

hereby enters his appearance on behalf of Richard P. Liebowitz.

     Respectfully submitted this 9th day of June, 2020.


            */s/ Michal T. McConnell*
            Michael T. McConnell
            McCONNELL VAN PELT, LLC
            4700 South Syracuse Street, Suite 200
            Denver, Colorado 80237
            Telephone No.:  (303) 480-0400
            Facsimile No.:   (303) 458-9520
            Email:   mike@mvp-legal.com

            ATTORNEYS FOR RICHARD LIEBOWITZ

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 9th day of June, 2020, the foregoing **ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
rl@liebowitzlawfirm.com
*Attorneys for Plaintiff*

Eric M. David
Patrick Cross
Brooks, Pierce, McLendon, Humphrey &
Leonard, LLP
150 Fayetteville St., Suite 1700
Raleigh, NC 27602
edavid@brookspierce.com
pcross@brookspierce.com
*Attorneys for Defendant*

*/s/ Lindsay Gonzales*
Lindsay Gonzales, Legal Assistant

2