**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Robert Miller,

            Plaintiff,

           -against-                        Docket No: 1:20-cv-791-WJM-KMT

Bakakel Communications, Ltd.,

            Defendant.

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Robert Miller.

Dated: June 17, 2020

                                          **BARSHAY SANDERS, PLLC**

                                          By:   /s *Craig B. Sanders*
                                          Craig B. Sanders
                                          100 Garden City Plaza, Suite 500
                                          Garden City, New York 11530
                                          Tel. (516) 203-7600
                                          Email: *ConsumerRights@BarshaySanders.com*
                                          Our File No: 119501
                                          *Attorneys for Plaintiff*