UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| ROBERT MILLER,<br><br>                              Plaintiff,<br><br>- against -<br><br>BAHAKEL COMMUNICATIONS, LTD.<br><br>                              Defendant. | Docket No. 1:20-cv-791-WJM-KMT<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Richard Liebowitz hereby withdraws as counsel for Plaintiff pursuant to order dated June 12, 2020.

/s/richardliebowitz/
Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
RL@LiebowitzLawFirm.com