# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Civil Action No. 1:20-cv-791-WJM**

| | |
|---|---|
| ROBERT MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>BAHAKEL COMMUNICATIONS, LTD.,<br><br>    Defendant. | **DECLARATION OF ERIC M. DAVID IN SUPPORT OF DEFENDANT BAHAKEL COMMUNICATIONS, LTD.'S REPLY IN SUPPORT OF MOTION FOR SANCTIONS** |

I, Eric M. David, pursuant to 28 U.S.C. § 1746, declare the following to be true and correct to the best of my knowledge and, if asked to do so, I could and would competently testify as to these facts:

1. I am over 21 years of age and competent to make this Declaration.

2. I am an attorney of record for Bahakel Communications, Ltd. ("Bahakel") in the above-captioned lawsuit.

3. On June 29, 2020, a paper copy of Bahakel's Motion for Sanctions Against Plaintiff and His Counsel and Supporting Brief was mailed to Mr. Craig Benjamin Sanders and Mr. Michael T. McConnell, attorneys of record for Plaintiff Robert Miller and Plaintiff's former counsel Richard P. Liebowitz, respectively, at their addresses of record in this case.

4. On June 29, 2020, I also emailed a courtesy copy of Bahakel's Motion for Sanctions Against Plaintiff and His Counsel and Supporting Brief to Mr. Craig Benjamin Sanders and Mr. Michael T. McConnell at their the email addresses of record in this case.

5. True and correct copies of the transmittal letter and the email are attached as **Exhibit 2** to the Reply Brief this Declaration supports.

Executed on this the 27th day of August, 2020.

Eric M. David
BROOKS, PIERCE, MCLENDON, HUMPHREY &
LEONARD, LLP
*Attorney for Defendant*

- 2 -