# Exhibit 2



WELLS FARGO CAPITOL CENTER
150 FAYETTEVILLE STREET, SUITE 1700
RALEIGH, NC 27601

T 919.839.0300
F 919.839.0304
WWW.BROOKSPIERCE.COM

June 29, 2020

*Via Email and U.S. Mail*

Mr. Craig Benjamin Sanders
100 Garden City Plaza
Suite 500
Garden City, NY 11530
*csanders@barshaysanders.com*

Mr. Michael T. McConnell
4700 South Syracuse Street
Denver Corporate Center, Tower I
Suite 200
Denver, CO 80237
*mike@mvp-legal.com*

Re:   *Miller v. Bahakel Communications, Ltd.*
      1:20-CV-791-WJM-KMT (D. Colo.)

Dear Mr. Sanders and Mr. McConnell,

Pursuant to Federal Rule of Civil Procedure 11(c)(2), I have enclosed with this letter a motion for sanctions against Mr. Richard P. Liebowitz and Mr. Robert Miller. We intend to file the motion 21 days after this transmittal.

Sincerely,

BROOKS, PIERCE, McLENDON,
 HUMPHREY & LEONARD, L.L.P.

Eric M. David

cc:   Patrick Cross

---

Writer's Direct Dial:  (919) 573-6203          Fax (336) 232-9103          Email:  edavid@brookspierce.com
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
Attorneys and Counsellors at Law

# Eric M. David

| | |
|---|---|
| **From:** | Eric M. David |
| **Sent:** | Monday, June 29, 2020 3:21 PM |
| **To:** | 'csanders@barshaysanders.com'; 'mike@mvp-legal.com' |
| **Cc:** | Patrick Cross |
| **Subject:** | Miller v. Bahakel - letter and draft sanctions motion |
| **Attachments:** | Miller v. BCL—Letter Transmitting Sanctions Motion 2020-06-29.pdf; Bahakel—Miller v. BCL—Combined Brief in Support of and Motion for Sanctions 2020-06-29.pdf |

Counsel – please see the attached letter and draft motion.

Please let me know if you have any questions or wish to discuss this matter.

Best regards,

Eric M. David



t: 919.573.6203  |  m: 919.260.1497
f: 336.232.9103

1700 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, NC 27601
P.O. Box 1800 (27602)

1