**ROBERT MILLER V. BAHAKEL COMMUNICATIONS, LTD Civil Action No. 1:20-cv-791-WJM**

---

**EXHIBIT A**

**to**

**RICHARD LIEBOWITZ'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE DATED FEBRUARY 19, 2021 [DKT. NO. 39]**

---





# Bahakel Communications

Is this your company?

Overview | 10 Reviews | -- Jobs | 9 Salaries | -- Interviews | 2 Benefits | -- Photos

Follow | + Add a Review

## Bahakel Communications Colorado Springs Reviews

Updated Nov 13, 2020

Search job titles | Find Reviews

Clear All | Colorado Springs, CO Area ✕ | English | Filter

**3 English** reviews out of **10**

Sort: Popular

2.0 ★★☆☆☆

0% Recommend to a Friend

Your trust is our top concern, so companies can't alter or remove reviews.

March 9, 2020 Helpful (1)

### "Company was great to work for until it wasn't"

3.0 ★★★☆☆ Former Employee - Traffic Manager in Colorado Springs, CO

Doesn't Recommend | Negative Outlook

I worked at Bahakel Communications full-time for more than 5 years

**Pros**

relaxed dress code, good coworkers

**Cons**

Little to no salary increases, not even to keep up with cost of living. Workplace bullies are not punished and in some cases rewarded. All employees are not held

Continue reading

Helpful (1)

**Work in HR or Marketing?**

Get a free employer account

## Company Benefits

There are currently no benefit reviews for this company.

Add Benefits Review

## Expert Career Advice

Guide to Getting Your First Job

Find a Great First Job to Jumpstart Your Career

How to Get a Job

Getting a Job Is Tough; This Guide Makes it Easier

How to Get a Promotion

Climb the Ladder With These Proven

"Run"

1.0

Former Employee - Marketing Coordinator in Colorado Springs, CO

Doesn't Recommend    Negative Outlook

I worked at Bahakel Communications full-time for more than 8 years

**Pros**

Office is casual and lower level employees are nice

**Cons**

Management is severely lacking. No plan for success. Tools for success are very limited. Management is two faced. Company does not want to financially invest in

Continue reading

Helpful (2)

Interested in a New Job?
Upload a resume to mobile apply.

Why not save every month?
Manage your student loan debt with SoFi.
LEARN MORE
DISCLAIMER
SoFi

**Join the Bahakel Communications team**

See Our Latest Jobs

October 20, 2018

"air-talent, producer"

2.0

Former Employee - Anonymous Employee in Colorado Springs, CO

Doesn't Recommend    Negative Outlook

I worked at Bahakel Communications part-time

**Pros**

mostly fun, free concerts and swag

**Cons**

fake people with no outside experience in the industry

Continue reading

Helpful

Viewing 1 - 3 of 3 English Reviews

Choose a different language and keep reading other reviews.

English (3 reviews)    Other

Reviews > Colorado Springs > Bahakel Communications    </>Embed

Work at Bahakel Communications? Share Your Experiences

**Bahakel Communications**

Click to Rate

Start your review...

or

Add Salary    Add Interview    Add Benefits

Every 60 seconds someone gets Lemonade Insurance.
CHECK OUR PRICES
Lemonade

https://en.wikipedia-on-ipfs.org/wiki/Bahakel_Communications.html

# Bahakel Communications

**Bahakel Communications, Ltd.** is an American communications company based in Charlotte, North Carolina, that is wholly owned and operated by the Bahakel family. The company was founded by Cy Bahakel in 1953, who ran it until his death on April 20, 2006 at the age of 87.

==Bahakel's broadcasting properties include fourteen radio and television stations in== Alabama, ==Colorado,== North Carolina, South Carolina and Tennessee. The group's properties are primarily concentrated on the Southern United States for its television stations, and the Colorado Springs and Chattanooga areas for their radio properties.

**Bahakel Communications**

| | |
|---|---|
| Type | Private |
| Industry | Media |
| Founded | 1953 |
| Headquarters | Charlotte, North Carolina, USA |
| Key people | Beverly Poston (President)<br>Jim Babb (Chief Operating Officer) |
| Products | Television<br>Radio |

## Major assets

Notes:

1) Two boldface asterisks appearing following a station's call letters (**) indicate a station that was built and signed-on by Bahakel Communications;

2) Two boldface crosses appearing following a station's call letters (††) indicate a station that is owned by SagamoreHill Broadcasting and operated by Bahakel via shared services agreement (SSA).

## Television stations

| City of license / Market | Station | Channel TV (RF) | Owned Since | Primary Affiliation | Notes |
|---|---|---|---|---|---|
| Selma - Montgomery, Alabama | WAKA | 8 (42) | 1985 | CBS | |
| | WBMM | 22 (22) | 2011 | The CW (via The CW Plus) | |
| | WNCF†† | 32 (31) | 2011 (originally owned from 1964-1985) | ABC | |
| Charlotte, North Carolina | WCCB** | 18 (27) | 1964 | The CW | Flagship station |
| Columbia, South Carolina | WOLO-TV | 25 (8) | 1964 | ABC | |
| Myrtle Beach, South Carolina | WFXB | 18 (43) | 2006 | Fox | |
| Jackson, Tennessee | WBBJ-TV | 7 (43) | 1966 | ABC | |

## Radio stations

| City of License/Market | Station | Owned since | Current format | Notes |
|---|---|---|---|---|
| Colorado Springs-Pueblo, Colorado | KILO 94.3 FM | 1984 | Active rock | |
| | KRXP 103.9 FM | 1999 | Alternative rock | Licensed to Pueblo West, Colorado |
| Chattanooga, Tennessee | WXCT 1370 AM | 1997 | Album Adult Alternative | |
| | WDEF-FM 92.3 FM | 1997 | Adult Contemporary | |
| | WDOD-FM 96.5 FM | 1963[1] | Contemporary Hit Radio | |
| | WUUQ 97.3 fM | 2010 | Classic Country | Licensed to South Pittsburg, Tennessee |

# Former assets

## Television stations

| City of license / Market | Station | Channel TV (RF) | Years Owned | Current Ownership Status |
|---|---|---|---|---|
| Springfield - Decatur, Illinois | WRSP-TV | 55 (44) | 1982-2007 | Fox affiliate owned by GOCOM Media, LLC |
| Urbana - Champaign, Illinois | WCCU (satellite of WRSP-TV) | 27 (26) | 1982-2007 | Fox affiliate owned by GOCOM Media, LLC |
| Terre Haute, Indiana | WBAK-TV | 38 (26) | 1978-2003 | ABC affiliate, WAWV-TV, owned by Mission Broadcasting (Operated under a SSA by Nexstar Broadcasting Group) |
| Greenwood - Greenville, Mississippi | WABG-TV | 6 (32) | 1959-2007 | ABC affiliate owned by Commonwealth Broadcasting |
| Fayetteville - Raleigh - Durham, North Carolina | WUVC-DT | 40 (38) | 1996-2003 | Univision owned-and-operated station (O&O) |

## Radio stations

**AM Stations**   **FM Stations**

| Market | Station | Years owned | Current ownership |
|---|---|---|---|
| Greensboro, North Carolina | WPET 950 AM | Unknown-2001 | Entercom Communications |
| | WSMW 98.7 FM | Unknown-2001 | |
| Waterloo-Cedar Rapids, Iowa | KFMW 107.9 FM | 1996-2012 | Woodward Communications |
| | KOKZ 105.7 FM | Unknown-2012 | |
| | KWLO 1330 AM | 1996-2012 | |
| | KXEL 1540 AM | 1958-2012 | |

| Bahakel Communications | |
|---|---|
| Radio stations | KILO · KRXP · WDEF-FM · WDOD-FM · WUUQ · WXCT |
| Television stations | WAKA (CBS) · WBBJ-TV (ABC; CBS on DT3) · WBMM (The CW) · WCCB (The CW) · WFXB (Fox) · WNCF (ABC) [1] · WOLO-TV (ABC) |

[1] Owned by SagamoreHill Broadcasting; operated by Bahakel through shared services agreement (SSA).

# References

1. ↑ http://www.chattanoogan.com/2006/4/23/84372/Owner-Of-WDEF-WDOD-Radio-Stations-Dies.aspx

This article is issued from Wikipedia - version of the 12/3/2016. The text is available under the Creative Commons Attribution/Share Alike but additional terms may apply for the media files.







# About WCCB-TV

WCCB-TV is the CW affiliate in Charlotte, North Carolina. The station is owned by Bahakel Communications, Ltd. also based in Charlotte.

WCCB is on virtual channel 18 (UHF digital channel 18).

Primetime programming includes shows like Batwoman, Nancy Drew, Supergirl, Riverdale, The Flash, Black Lightning, DC's Legends of Tomorrow, All American, Penn & Teller: Fool Us, Whose Line Is It Anyway? and many more.

Syndicated programming on WCCB includes Ellen, The Drew Barrymore Show, Mom, Mike & Molly, Black-ish, Two Broke Girls, and Friends.

Subchannels on WCCB are Me TV, Antenna TV, QVC Over the Air, Start TV, Cozi TV, Dabl, and HSN.

WCCB produces the following shows from their studios in Charlotte:

**WCCB NEWS RISING** – 4:30-9 AM Mon-Fri.
**WCCB NEWS @ TEN** – 10 PM nightly.
**WCCB NEWS EDGE** – 10:30 PM Mon-Fri.
**WCCB NEWS @ SIX** – 6 PM Sat & Sun.
WCCB NEWS @ 6:30 – 6:30 PM Sat &Sun.
WCCB NEWS @ 10:30 – 10:30 PM Sun.
**WCCB NEWS GOT GAME** – 10:30 PM Sun.

## MORE ABOUT US

- About WCCB
- Our Team
- Contact Us
- Careers
- Internships
- Advertise
- TV Schedule
- Channel Info
- MeTV
- Antenna TV
- FCC Applications
- FCC Public File
- EEO Reports and Outreach Initiatives Reports
- Terms of Service
- Privacy Policy



## ABOUT BAHAKEL COMMUNICATIONS, LTD.

Bahakel Communications, Ltd. is a regional broadcaster in the southern United States. Founded by the late Cy Bahakel in 1953, Bahakel Communications owns 6 television stations (WCCB in Charlotte, NC; WOLO-TV in Columbia, SC; WFXB in Myrtle Beach, SC; WAKA and WBMM in Montgomery, AL; and WBBJ-TV in Jackson, TN), operates an additional television station WNCF in Montgomery, AL under a shared services agreement, and owns 11 radio stations (KFMV, KOKZ, KWLO, and KXEL in Waterloo, IA; KILO and KRXP in Colorado Springs, CO; WDEF, WDEF-FM, WDOD, WDOD-FM, and WUUQ-FM in Chattanooga, TN). A family-owned company headquartered in Charlotte, North Carolina, Bahakel Communications is committed to excellence in innovative local television and radio broadcasting and recognition of the true value of its employees.

**MOST POPULAR**

1. Catawba County Woman Wins $1 Million Instantly
2. CMPD: Missing 11-Year-Old Charlotte Girl Located
3. Suspected Arsonist Arrested After Setting Caldwell Co. Deputy's House on Fire
4. Suspect Arrested, Charged After Victim Shot Twice In Gaston County
5. SNL Sketch About Charlotte Gets Tongues Wagging