**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Civil Action No. 1:20-cv-791-WJM**

| | |
|---|---|
| ROBERT MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>BAHAKEL COMMUNICATIONS, LTD.,<br><br>    Defendant. | **DEFENDANT BAHAKEL COMMUNICATIONS, LTD.'S SUPPLEMENT TO ITS MOTION FOR SANCTIONS** |

Defendant Bahakel Communications, Ltd. ("Bahakel"), through counsel and pursuant to D.C.COLO.LCivR 54.3 and the Court's March 16, 2021, text Order (ECF No. 41), respectfully submits (1) this Supplement to Bahakel's Motion for Sanctions (ECF No. 35) and (2) the accompanying Declaration of Eric M. David in Support of this Supplement. Mr. David's Declaration and the exhibits thereto "explain[] the amount of attorneys' fees and costs incurred in: (1) litigating this case in its entirety; (2) litigating the venue issue in this case; and (3) filing the motion for sanctions and th[is] fee supplement . . . ." *See* ECF No. 41.

Bahakel respectfully submits that the fees set out in Mr. David's Declaration and the exhibits thereto are reasonable under controlling law. *See, e.g.*, *Broad. Music, Inc. v. Cleatz Bar & Grill, LLC*, No. 12-CV-00321-REB-CBS, 2013 WL 753468, at *2 (D. Colo. Feb. 27, 2013) ($500 rate for partner, $325 rate for associate, and $160 rate for paralegal

reasonable (see also declaration in support of *Broad. Music* fee request at ECF No. 18-1 in same case)); *Shrader v. Beann*, No. 10-CV-01881-REB-MJW, 2012 WL 527480, at *3 (D. Colo. Feb. 17, 2012) ($445 per hour reasonable for senior attorneys).[1]

This the 31st day of March, 2021.

>  */s/* Patrick Cross
>
> Eric M. David (N.C. Bar # 38118)
> edavid@brookspierce.com
> Patrick Cross (N.C. Bar # 50646)
> pcross@brookspierce.com
> BROOKS, PIERCE, McLENDON,
>  HUMPHREY & LEONARD, L.L.P.
> Wells Fargo Capitol Center
> 150 Fayetteville Street, Suite 1700
> Raleigh, North Carolina 27602
> Telephone:  (919) 839-0300
> Fax:  (919) 839-0304
> *Counsel for Defendant*

---

[1] Bahakel reads the Court's March 16, 2021, text Order to request only this Supplement, Mr. David's Declaration, and the exhibits attached thereto. To the extent the Court desires further briefing regarding the reasonableness of Bahakel's requested fees, Bahakel respectfully requests the opportunity to provide the Court with such briefing.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Craig Benjamin Sanders<br>100 Garden City Plaza<br>Suite 500<br>Garden City, NY 11530<br>*csanders@barshaysanders.com* | Mr. Michael T. McConnell<br>4700 South Syracuse Street<br>Denver Corporate Center, Tower I<br>Suite 200<br>Denver, CO 80237<br>*mike@mvp-legal.com* |

This the 31st day of March, 2021.

*/s/* Patrick Cross

Patrick Cross (N.C. Bar # 50646)
pcross@brookspierce.com
BROOKS, PIERCE, McLENDON,
 HUMPHREY & LEONARD, L.L.P.
Wells Fargo Capitol Center
150 Fayetteville Street, Suite 1700
Raleigh, North Carolina 27602
Telephone: (919) 839-0300
Fax: (919) 839-0304

*Counsel for Defendant*